DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, D.C. Bar #446153
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MICHAEL PONCHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR S 07-301-EFB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO VACATE |
| v. | ) | TRIAL CONFIRMATION HEARING AND |
| | ) | JURY TRIAL AND SET FOR MOTION TO |
| MICHAEL PONCHO, | ) | SUPPRESS HEARING AND BRIEFING |
| | ) | SCHEDULE |
| Defendant. | ) | |
| | ) | |
| _____ | ) | Judge: Hon. Edmund F. Brennan |

    The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, MICHAEL PONCHO, by and through his counsel LEXI NEGIN of the Federal Defenders Office, hereby stipulate to vacate the trial confirmation hearing set for August 28, 2007 and the jury trial set for September 11, 2007 and set this case for a motion to suppress hearing on September 17, 2007 at 10:00 a.m. and briefing schedule.

/ / /

1   The following will be the briefing schedule to file motions:
2   Defendants' Motion Due . . . . . . . . . . . . . . . . August 27, 2007
3   Governments' response due . . . . . . . . . . . September 11, 2007
4   Defendants' Reply due . . . . . . . . . . . . . September 14, 2007
5   Motion to Suppress Hearing . . . . . . . . . . . September 17, 2007
6   The trial confirmation hearing and the jury trial will be set by the
7   judge after the motion to suppress hearing set for September 17, 2007.
8   The parties agree that the Court should exclude time under the
9   Speedy Trial Act from the date of this order through the date of the
10  motion to suppress hearing set for September 17, 2007 at 10:00 a.m.
11  pursuant to 18 U.S.C. § 3161 (h)(1)(F)for Pretrial Motions (from filing
12  to hearing or other prompt disposition) and Local Code E.
13
14  Dated: August 17, 2007          Respectfully submitted,
15                                   DANIEL J. BRODERICK
                                     Federal Defender
16
17                                   /s/  Lexi Negin
                                     _____
18                                   LEXI NEGIN
                                     Assistant Federal Defender
19                                   Attorneys for Defendant
                                     MICHAEL PONCHO
20
21  Dated:  August 20, 2007         McGREGOR W. SCOTT
                                     United States Attorney
22
                                     /s/ Matthew Stegman
23                                   _____
                                     MATTHEW STEGMAN
24                                   Assistant U.S. Attorney
25  ////
26  ////
27  ////
28  ////

2

**O R D E R**

The parties' proposed schedule listed above is approved, with the exception that the motion hearing is SET for September 24, 2007. The court will set the trial confirmation hearing and trial dates, as appropriate, following hearing on defendant's motion to suppress.

SO ORDERED.

Dated: August 20, 2007.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE