```
MCGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
KARI L. RICCI
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2810
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL B. PONCHO,<br><br>    Defendant. | Cr. No. S-07-0301 EFB<br><br>STIPULATION AND ORDER<br><br>Date:  September 24, 2007<br>Time:  10:00 a.m.<br>Judge:  Hon. Edmund F. Brennan |

    It is hereby stipulated and agreed to between the United States and the defendant, MICHAEL B. PONCHO, by and through his undersigned counsel, Lexi Negin, that the briefing schedule to file the Government's Opposition to Defendant's Motion to Suppress be continued from September 11, 2007, to September 14, 2007.  The Defendant's Reply Brief will be due September 20, 2007.  The evidentiary hearing will be continued from September 24, 2007, to October 1, 2007, at 10:00 a.m.

    The Government is requesting the continuance due to the unavailability of the government's primary witness in preparing the declaration in support of the Government's Opposition to Defendant's Motion to Suppress.

///

1     The parties agree that the Court should continue to exclude time
2 under the Speedy Trial Act from the date of this order through October
3 1, 2007, the date of the motion to suppress hearing, pursuant to Title
4 18, United States Code, Section 3161(h)(1)(F) for Pretrial Motions,
5 also known as Local Code E.
6                                         Respectfully Submitted,
7 DATED: September  10 ,  2007        McGREGOR W. SCOTT
                                      United States Attorney
8
9                                  By:  /s/Matthew C. Stegman
                                        MATTHEW C. STEGMAN
10                                      Assistant U.S. Attorney
11
12 DATED: September  10 , 2007         DANIEL F. BRODERICK
                                       Federal Defender
13
14                                 By:  /s/Lexi Negin
                                        LEXI NEGIN
15                                      Staff Attorney
                                        Attorney for Defendant
16
17                           O R D E R
18    FOR GOOD CAUSE SHOWING, the Court finds that the ends of justice
19 served by granting this continuance outweigh the best interest of the
20 public and the defendant in a speedy trial.  Time is excluded under
21 Title 18, United States Code, Section 3161(h)(1)(F), Local Code E from
22 the date of this Order to the evidentiary hearing on the date of
23 October 1, 2007.
24 IT IS SO ORDERED
25 DATED: September 11, 2007
26                                       _____
27                                       HON. EDMUND F. BRENNAN
                                         United States Magistrate Judge
28