```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, D.C. Bar #446153
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
MICHAEL PONCHO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR S 07-301-EFB |
| Plaintiff, | |
| | STIPULATION AND ORDER |
| v. | |
| MICHAEL PONCHO, | Judge: Hon. Edmund F. Brennan |
| Defendant. | |

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, MICHAEL PONCHO, by and through his counsel LEXI NEGIN of the Federal Defenders Office, hereby stipulate to alter the briefing schedule on the defendant's Motion to Suppress Evidence and Statements so that the defendant's Reply Brief is now due one day later on September 21, 2007, instead of September 20, 2007.  The one day change is requested due to the Certified Law Student's schedule.  Because the change is only one day, the motion hearing date of October 1, 2007, does not need to be changed.

```
Dated: September 18, 2007            Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender


                                     /s/  Lexi Negin
                                     _____
                                     LEXI NEGIN
                                     Assistant Federal Defender
                                     Attorneys for Defendant
                                     MICHAEL PONCHO


Dated:  September 18, 2007           McGREGOR W. SCOTT
                                     United States Attorney

                                     /s/ Matthew Stegman
                                     _____
                                     MATTHEW STEGMAN
                                     Assistant U.S. Attorney
```

**O R D E R**

IT IS SO ORDERED.

Dated:   September 20, 2007.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2