```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LEXI NEGIN, D.C. Bar #446153
   Staff Attorney
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorneys for Defendant
   MICHAEL PONCHO
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR S 07-301-EFB |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER |
| MICHAEL PONCHO, | ) | Judge: Hon. Edmund F. Brennan |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, MICHAEL PONCHO, by and through his counsel LEXI NEGIN of the Federal Defenders Office, hereby stipulate to continue the initial appearance set for October 23, 2007 to October 30, 2007 at 10:00 a.m.

Counsel needs additional time to review the superceding information with the defendant. The defendant is also ill from his dialysis treatment.

////

1   The parties agree that the Court should exclude time under the
2 Speedy Trial Act from the date of this order through the date of the
3 initial appearance set for October 30, 2007 at 10:00 a.m. pursuant to 18
4 U.S.C. § 3161 (h)(8)(B)(iv) for reasonable time to prepare Local Code T4.

6 Dated: October 22, 2007                    Respectfully submitted,

7                                            DANIEL J. BRODERICK
                                             Federal Defender

9                                            /s/  Lexi Negin
                                             _____
10                                           LEXI NEGIN
                                             Assistant Federal Defender
11                                           Attorneys for Defendant
                                             MICHAEL PONCHO

13 Dated:  October 22, 2007                  McGREGOR W. SCOTT
                                             United States Attorney

                                             /s/ Matthew Stegman
15                                           _____
                                             MATTHEW STEGMAN
16                                           Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:  October 23, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2