1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LEXI NEGIN, D.C. Bar #446153
   Staff Attorney
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorneys for Defendant
   MICHAEL PONCHO
7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    )  NO. CR S 07-301-EFB
                                )
14           Plaintiff,          )
                                )  STIPULATION AND ORDER
15      v.                       )
                                )
16 MICHAEL PONCHO,              )  Judge: Hon. Edmund F. Brennan
                                )
17           Defendant.          )
                                )
18 _____)

19

20      The United States of America, through MATTHEW C. STEGMAN, Assistant

21 United States Attorney, together with defendant, MICHAEL PONCHO, by and

22 through his counsel LEXI NEGIN of the Federal Defenders Office, hereby

23 stipulate to continue the initial appearance set for October 30, 2007 to

24 November 6, 2007 at 10:00 a.m.

25      Counsel needs additional time to review the superceding information

26 with the defendant.  The defendant is also ill with a high fever.

27      The parties agree that the Court should exclude time under the

28 Speedy Trial Act from the date of this order through the date of the

initial appearance set for November 6, 2007 at 10:00 a.m. pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) for reasonable time to prepare Local Code T4.

Dated: October 29, 2007           Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/  Lexi Negin
                                          _____
                                          LEXI NEGIN
                                          Assistant Federal Defender
                                          Attorneys for Defendant
                                          MICHAEL PONCHO

Dated:  October 29, 2007          McGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Matthew Stegman
                                          _____
                                          MATTHEW STEGMAN
                                          Assistant U.S. Attorney

                                     **O R D E R**

IT IS SO ORDERED.

Dated: October 30, 2007.

                                          *[signature]*
                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE